UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

DORA A.

     Plaintiff,

v.                                                                              No. 6:20-CV-078-H-BU

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

     Defendant.

## ORDER

    United States Magistrate Judge John R. Parker made Findings, Conclusions, and a

Recommendation (FCR) in this case on November 9, 2021.  Dkt. No. 20.  Judge Parker

recommended that the Court reverse the decision of the Commissioner of Social Security

and remand this case for further proceedings.  *Id.* at 10.  No objections to the FCR were

filed.  The Court has therefore reviewed the proposed FCR for plain error.  Finding none,

the Court accepts the FCR of the United States Magistrate Judge.  The decision of the

Commissioner of Social Security is reversed, and this case is remanded to the Commissioner

of Social Security for further proceedings consistent with the findings and conclusions of the

United States Magistrate Judge.

    So ordered on January   7  , 2022.


_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE